UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Andy Kim Dang, | Civ. No. 24-4256 (PAM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| PennyMac Loan Services, LLC, and<br>Federal National Mortgage Association, | |
| Defendants. | |

A Motion for a Temporary Restraining Order is pending before the Court, and Defendants' response to the Motion is due on October 7, 2025. (Docket Nos. 36, 39.) On October 1, 2025, the Court received an ex parte communication from Plaintiff requesting immediate injunctive relief. Based on the record before the Court, Plaintiff has not satisfied the high burden required for the Court to grant such a request. See Fed. R. Civ. P. 65(b)(1)(A). Thus, the request is denied. The Court will take the Motion for a Temporary Restraining Order under advisement when briefing is complete in this matter.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's ex parte request for emergency injunctive relief is **DENIED.**

Dated: October 1, 2025

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge